

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 14, 2025

**By ECF and Email**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *ABC v. DEF*, No. 25 Misc. 195 (JMF)

Dear Judge Furman:

    The Government respectfully writes in response to the Court's May 1, 2025 Order (Dkt. 3). On May 9, 2025, the Government renewed the application before the Honorable John G. Koeltl, United States District Judge for the Southern District of New York. *See ABC v. DEF*, No. 25 Misc. 100 (JGK), Dkt. 3. On May 14, 2025, Judge Koeltl granted that application and reopened the matter. No. 25 Misc. 100 (JGK), Dkt. 4. Accordingly, the Government respectfully requests that the application and related papers in the instant matter remain sealed so long as the application remains sealed in No. 25 Misc. 100 (JGK).

Respectfully submitted,

JAY CLAYTON
United States Attorney

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 4.

By:    s/ Daniel Roque
    Daniel K. Roque
    Special Assistant United States Attorney
    (212) 637-1946

SO ORDERED.

*[signature]*

May 14, 2025